

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00167-CV

YOUNG JU PAK                                                    APPELLANT

V.

YOUNG EUN YANG                                                 APPELLEE

----------

## FROM THE 231ST DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 231-601904-16

----------

## MEMORANDUM OPINION[1]

----------

Appellant Young Ju Pak attempts to appeal from the trial court's February 12, 2018 "Amended Order Granting Motion for Summary Judgment," which grants a bill of review but does not dispose of the merits of the underlying controversy between the parties. On May 25, 2018, we sent a letter to Appellant expressing our concern that we may not have jurisdiction over her appeal

---

[1]*See* Tex. R. App. P. 47.4.

because the order appealed from does not appear to be a final judgment or appealable interlocutory order. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (explaining that "the general rule, with a few mostly statutory exceptions, is that an appeal may be taken only from a final judgment"); *Alaimo v. U.S. Bank Tr. Nat'l Ass'n*, No. 02-16-00123-CV, 2017 WL 3633297, at *4 (Tex. App.—Fort Worth Aug. 24, 2017, no pet.) (holding that order granting bill of review that fails to dispose of the merits of the underlying controversy between the parties was not a final judgment). We stated that unless Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing this appeal by June 8, 2018, this appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. We did not receive a response. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: July 12, 2018